UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JURISICH OYSTERS, LLC;<br>AMERIPURE PROCESSING, INC;<br>MATTHEW TESVICH;<br>INTERNATIONAL MARINE MAMMAL<br>    PROJECT OF EARTH ISLAND<br>    INSTITUTE;<br>ALERT PROJECT OF EARTH ISLAND<br>    INSTITUTE; and<br>EARTH ISLAND INSTITUTE,<br>*Plaintiffs*<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS;<br>U.S. NATIONAL MARINE FISHERIES<br>    SERVICE; and<br>U.S. FISH AND WILDLIFE SERVICE,<br><br>*Defendants* | Case No. 2:24-cv-00106 |

## ORDER AND AMENDED SCHEDULING ORDER

Considering the foregoing, and upon consideration of the parties' Joint Motion to Modify the June 13, 2024 Scheduling Order,[1] and for good cause shown;

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Scheduling Order entered by this Court on June 13, 2024,[2] is modified as follows:

On or before **November 30, 2024**, Federal Defendants shall lodge the Administrative Records, and concurrently file a Notice of Filing of the Administrative Records, certifications, and indices electronically via the Court's CM/ECF system.

---
[1] R. Doc. 23.
[2] R. Doc. 19.

On or before **February 28, 2025**, Plaintiffs shall notify Federal Defendants whether Plaintiffs believe the Administrative Records are complete or require supplementation with additional materials.

Should a dispute arise regarding the Administrative Records, on or before **March 28, 2025**, the parties shall file a status report notifying the Court that either: (a) they have reached agreement that the record for judicial review is complete and intend to proceed to summary judgment briefing; or (b) Plaintiffs intend to move the Court to resolve a dispute regarding the completeness of the Administrative Records, the applicability of an exceptions to record review, or the need for discovery or judicial review of extra-record materials.

On or by **April 15, 2025**, any motions related to the Administrative Records shall be filed. Briefing on any such motion shall proceed in accordance with the Local Rules and stay the remainder of the schedule pending resolution of that motion;

Plaintiffs shall file a motion for summary judgment (not to exceed 45 pages) within 60 days of either (i) the date the record for judicial review is determined to be complete, either by stipulation of the parties or by Court order on a motion, or (ii) in the event that the Court orders completion or supplementation of the Administrative Record, the date that Federal Defendants provide Plaintiff with electronic copies of the supplemental, final Administrative Records.

No later than 45 days after Plaintiffs file their motion, Federal Defendants shall file their cross-motion for summary judgment and opposition to Plaintiffs' motion (not to exceed 45 pages).

**New Orleans, Louisiana, this 6th day of August, 2024.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**