**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JURISICH OYSTERS, LLC;                                )<br>AMERIPURE PROCESSING, INC.;                )<br>MATTHEW TESVICH;                                   )<br>   INTERNATIONAL MARINE MAMMAL     )<br>   PROJECT OF EARTH ISLAND               )<br>   INSTITUTE;                                        )<br>ALERT PROJECT OF EARTH ISLAND        )<br>   INSTITUTE; and                                   )<br>EARTH ISLAND INSTITUTE,                       )<br>                                   )<br>               *Plaintiffs*,              )<br>                                     )<br>        v.                                            )<br>                                     )<br>U.S. ARMY CORPS OF ENGINEERS;        )<br>U.S. NATIONAL MARINE FISHERIES        )<br>   SERVICE; and                                    )<br>U.S. FISH AND WILDLIFE SERVICE,       )<br>                                     )<br>             *Defendants*.             )<br>                                     ) | **Case No. 2:24-cv-00106**<br><br><br><br>**JUDGE SUSIE MORGAN**<br><br><br><br><br>**MAGISTRATE JUDGE**<br>**DONNA PHILLIPS CURRAULT** |

**<u>UNOPPOSED MOTION TO CANCEL STATUS CONFERENCE</u>**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Jurisich Oysters, LLC,

Ameripure Processing Company, Inc., Matthew Tesvich, Earth Island Institute, International Marine

Mammal Project of Earth Island Institute, and Alert Project of Earth Island Institute, who move this

Honorable Court for an order cancelling the in-person status conference scheduled for Wednesday,

October 9, 2024 at 10:00 a.m.

On June 13, 2024, this Honorable Court entered a Scheduling Order, which set an in-person

status conference for Wednesday, October 9, 2024 at 10:00 a.m.  (See Rec. Doc. 19 at pg. 3).  On

July 26, 2024, the parties filed a Joint Motion to Modify June 13, 2024 Scheduling Order, which

established the briefing schedule for this matter.  (See Rec. Doc. 22).  On August 7, 2024, this

Honorable Court granted the Joint Motion to Modify June 13, 2024 Scheduling Order (See Rec.

Doc. 26).

The Joint Motion to Modify June 13, 2024 Scheduling Order did not address the cancellation

of the status conference in this matter.  As this matter is based upon the administrative records to be

lodged and subsequent  motion practice by the parties, the parties are of the position that the in-

person status conference is unnecessary.  As a result, the parties desire to cancel the in-person status

conference.

Undersigned counsel has conferred with all counsel in this matter who do not oppose the

filing and granting of this motion.

WHEREFORE, Plaintiffs, Jurisich Oysters, LLC, Ameripure Processing Company, Inc.,

Matthew Tesvich, Earth Island Institute, International Marine Mammal Project of Earth Island

Institute, and Alert Project of Earth Island Institute, who move this Honorable Court for an order

cancelling the in-person status conference scheduled for Wednesday, October 9, 2024 at 10:00 a.m.

RESPECTFULLY SUBMITTED:

PIVACH, PIVACH, THRIFFILEY
& DUNBAR, L.L.C.
ATTORNEYS AT LAW

   s/ Corey E. Dunbar
GEORGE PIVACH, II (10798)
COREY E. DUNBAR (30144)
ELLEN PIVACH DUNBAR (30018)
JOHN E. PIVACH (La. Bar No. 35283)
8311 Highway 23, Suite 104
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
gpivach@pivachlaw.cm
cdunbar@pivachlaw.com
edunbar@pivachlaw.com
jpivach@pivachlaw.com

 /s Elizabeth L. Lewis (with permission)
Elizabeth L. Lewis (pro hac vice)
D.C. Bar No. 229702
lizzie@eubankslegal.com

William S. Eubanks II (pro hac vice)
D.C. Bar No. 987036
bill@eubankslegal.com

EUBANKS & ASSOCIATES, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(970) 703-6060

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 8th day of October 2024, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 s/ Corey E. Dunbar
COREY E. DUNBAR