# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JURISICH OYSTERS, LLC, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, et al., <br><br> *Defendants.* | Case No. 2:24-cv-00106 <br> Judge Susie Morgan <br> Magistrate Judge Donna P. Currault |

## NOTICE OF FILING ADMINISTRATIVE RECORDS

Federal Defendants, U.S. Army Corps of Engineers, the National Marine Fisheries Service ("NMFS"), and the U.S. Fish and Wildlife Service ("FWS") (collectively "Federal Defendants") hereby provide notice of filing the NMFS and FWS Administrative Records, Indices, and Certifications in the above-captioned case.

Federal Defendants have mailed FWS's and NMFS's Administrative Records to the Court and provided copies of these Administrative Records to the Plaintiffs electronically. Federal Defendants are also providing FWS's Index and Certification of its Administrative Record, *see* Fed. Defs.' Ex. 1 & 2, as well as NMFS's Index and Certification of its Administrative Record, *see* Fed. Defs.' Ex. 3 & 4, to the Clerk of Court for manual filing.

Dated: December 2, 2024.

Respectfully submitted,

TODD KIM
Assistant Attorney General

        Environment & Natural Resources Division

        ANGELA ELLIS (DC Bar No. 1670713)
        AMANDA RUDAT (ME Bar No. 010329)
        Trial Attorneys
        Natural Resources Section
        United States Department of Justice
        P.O. Box 7611
        Washington, DC 20044-7611
        202-305-0479 (Ellis)
        202-532-3201 (Rudat)
        angela.ellis@usdoj.gov
        amanda.rudat@usdoj.gov

        */s/ Coby Howell*
        COBY HOWELL (WY Bar No. 6-3589)
        Senior Trial Attorney
        Wildlife and Marine Resources Section
        United States Department of Justice
        1000 SW Third Avenue
        Portland, OR 97204-2902
        503-956-4170
        coby.howell@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court via CM/ECF system, which will send notification of such to the attorneys of record.

        */s/ Coby Howell*
        COBY HOWELL