JURISICH OYSTERS, LLC, et al., v. U.S. ARMY CORPS OF ENGINEERS, et al., Case No. 2:24-cv-00106 (E.D. La.)
USFWS ESA Index Record – November 2024

| Bates Begin | Bates End | Document Link | Date | Document Type | Title | Author | Addressee |
|---|---|---|---|---|---|---|---|
| USFWS_1 | USFWS_14 | USFWS_1.pdf | 5/1/1905 | Article | On a New Shovelnose Sturgeon From the Mississippi River (1905) | S.A. Forbes, Ph. D, and R.E. Richardson, A.M. | |
| USFWS_15 | USFWS_113 | USFWS_15.pdf | 1/1/1929 | Article | Studies of Common Fishes of the Mississippi River at Keokuk | Robert E. Coker | |
| USFWS_114 | USFWS_153 | USFWS_114.pdf | 1/1/1954 | Article | River Sturgeons of the American Genus Scaphirhynchus: Characters, Distrubution, and Synonymy | Reeve M. Bailey and Frank B. Cross | |
| USFWS_154 | USFWS_270 | USFWS_154.pdf | 1/1/1954 | Report | A History of Fish and Fishing in the Upper Mississippi River | H.B. Carlander | |
| USFWS_271 | USFWS_291 | USFWS_271.pdf | 3/1/1955 | Article | Hybridization between Fish Species in Nature | Carl L. Hubbs | |
| USFWS_292 | USFWS_300 | USFWS_292.pdf | 1/1/1968 | Article | Effects of Main Stem Impoundments and Channelization upon the Limnology of the Missouri River, Nebraska | Larry A. Morris, Ralph N. Langmeier, Thomas R. Russell, and Arthur Witt, Jr. | |
| USFWS_301 | USFWS_308 | USFWS_301.pdf | 1/1/1969 | Report | Directional responses in herring for sound and noise stimuli | K. Olsen | |
| USFWS_309 | USFWS_313 | USFWS_309.pdf | 1/1/1973 | Article | Seasonal Changes in the Drift and Benthic Macroinvertebrates in the Unchannelized Missouri River in South Dakota | Timothy C. Modde and James C. Schmulback | |
| USFWS_314 | USFWS_317 | USFWS_314.pdf | 1/1/1974 | Report | Age and Growth of Shovelnose Sturgeon, Scaphirhynchus platorynchus (Rafiflnesque), in the Mississippi River | D. Helms | |
| USFWS_318 | USFWS_342 | USFWS_318.pdf | 9/1/1977 | Article | Mathematical Methods to Evaluate Entrainment of Aquatic Organisms by Power Plants | C. Phillip Goodyear | |
| USFWS_343 | USFWS_444 | USFWS_343.pdf | 1/1/1980 | Technical Report | Hydrology and Water Quality of the Lower Mississippi River | Frank C. Wells | |
| USFWS_445 | USFWS_526 | USFWS_445.pdf | 12/1/1981 | Report | Abundance and Life History of the Lake, Pallid, and Shovelnose Sturgeons in Missouri | Douglas M. Carlson and William L. Pflieger | |
| USFWS_527 | USFWS_533 | USFWS_527.pdf | 1/1/1983 | Article | Status of the Pallid Sturgeon | Larry Kallemeyn | |
| USFWS_534 | USFWS_543 | USFWS_534.pdf | 1/1/1985 | Article | Distribution, Biology, and Hybridization of Scaphirhynchus albus and S. platorynchus in the Missouri and Mississippi Rivers | Douglas M. Carlson, William L. Pflieger, Linden Trial, and Pamela S. Haverland | |
| USFWS_544 | USFWS_552 | USFWS_544.pdf | 12/1/1985 | Final Listing | Determination of Endangered and Threatened Status for the Piping Plover | U.S. Fish and Wildlife Service | |
| USFWS_553 | USFWS_560 | USFWS_553.pdf | 1/1/1987 | Article | Taming the Wild Missouri River: What Has it Cost? | Larry W. Hesse | |
| USFWS_561 | USFWS_640 | USFWS_561.pdf | 2/1/1988 | Report | Preliminary Report on the Status of the Pallid Sturgeon, Scaphirhynchus albus, a Candidate Endangered Species | David M. Gilbraith, Monica J. Schwalbach, and Charles R. Berry | |
| USFWS_641 | USFWS_685 | USFWS_641.pdf | 1/1/1989 | Article | Mississippi River Fisheries: A Case History | Cal R. Fremling, J.L. Rasmussen, R.E. Sparks, S.P. Cobb, C.F. Bryan, and T.O. Claflin | |
| USFWS_686 | USFWS_741 | USFWS_686.pdf | 1/27/1989 | Report | A Report on the Pallid Sturgeon | Kent D. Keenlyne | |
| USFWS_742 | USFWS_748 | USFWS_742.pdf | 9/6/1990 | Federal Register Document | Endangered and Threatened Wildlife and Plants; Determination of Endangered Status of the Pallid Sturgeon | U.S. Fish and Wildlife Service | |
| USFWS_749 | USFWS_793 | USFWS_749.pdf | 1/1/1991 | Article | Aquatic Habitats and Fish Communities in the Lower Mississippi River | John A. Baker, K. Jack Killgore, and Richard L. Kasul | |
| USFWS_794 | USFWS_805 | USFWS_794.pdf | 1/1/1992 | Article | Awareness Reaction and Avoidance Responses to Sound Juvenile Atlantic Salmon, Salmo salar L. | F.R. Knudsen, P.S. Enger, and O. Sand | |
| USFWS_806 | USFWS_889 | USFWS_806.pdf | 1/1/1992 | Thesis | Habitat Selection and Movement of Pallid Sturgeon in Lake Sharpe, South Dakota | Jonathan D. Erickson | |
| USFWS_890 | USFWS_965 | USFWS_890.pdf | 1/1/1992 | Thesis | Potential Impacts of Pile Driving on Juvenile Pink (Oncorhynchus gorbuscha) and Chub (O. keta) Salmon Behavior and Distribution | F.E. Feist | |
| USFWS_966 | USFWS_997 | USFWS_966.pdf | 1/1/1992 | Article | Chemically-Induced Alterations in Sexual and Funciton Development: The Wildlife/Human Connection | Theo Colborn and Coralie Clement (eds) | |
| USFWS_998 | USFWS_1001 | USFWS_998.pdf | 1/1/1993 | Article | Age at Sexual Maturity of the Pallid Sturgeon | K. D. Keenlyne and L.G. Jenkins | |
| USFWS_1002 | USFWS_1015 | USFWS_1002.pdf | 1/1/1993 | Report | The Status of Paddlefish in the Missouri River, Nebraska | L.W. Hesse and G.E. Mestl | |
| USFWS_1016 | USFWS_1079 | USFWS_1016.pdf | 11/7/1993 | Recovery Plan | Recovery Plan for the Pallid Sturgeon (Scaphirhynchus albus) | U.S. Fish and Wildlife Service | |
| USFWS_1080 | USFWS_1087 | USFWS_1080.pdf | 1/1/1994 | Article | Hybridization Between the Pallid and Shovelnose Sturgeons | K.D. Keenlyne, L.K. Graham, and B.C. Reed | |
| USFWS_1088 | USFWS_1095 | USFWS_1088.pdf | 1/1/1994 | Article | The Suitability of Shovelnose Sturgeon as a Surrogate for Pallid Sturgeon | Richard Ruelle and Kent D. Keenlyne | |
| USFWS_1096 | USFWS_1333 | USFWS_1096.pdf | 2/1/1996 | Thesis | Habitats and Movements of Pallid and Shovelnose Sturgeon in the Yellowstone and Missouri Rivers, Montana and North Dakota | Robert Glenn Bramblett | |
| USFWS_1334 | USFWS_1351 | USFWS_1334.pdf | 1/1/1997 | Article | Sturgeon Rivers: An Introduction to Acipenseriform Biogeography and Life History | William E. Bemis and Boyd Kynard | |
| USFWS_1352 | USFWS_1360 | USFWS_1352.pdf | 1/1/1997 | Article | Life History and Status of the Shovelnose Sturgeon, Scaphirhynchus platorynchus | Kent D. Keenlyne | |
| USFWS_1361 | USFWS_1364 | USFWS_1361.pdf | 1/1/1997 | Article | Observations of Swimming Ability in Shovelnose Sturgeon (Scaphirhynchus platorynchus) | S. Reid Adams, Glenn R. Parsons, Jan Jeffrey Hoover, and K. Jack Killgore | |
| USFWS_1365 | USFWS_1419 | USFWS_1365.pdf | 1/1/1997 | Article | Osteology and Phylogenetic Interrelationships of Sturgeons (Acipenseridae) | Eric K. Findeis | |
| USFWS_1420 | USFWS_1426 | USFWS_1420.pdf | 1/1/1997 | Article | Sensitivity of North American Sturgeons and Paddlefish to Fishing Mortality | John Boreman | |
| USFWS_1427 | USFWS_1490 | USFWS_1427.pdf | 1/1/1997 | Report | Contaminant Evaluation of Shovelnose Sturgeon from the Atchafalaya River, Louisiana | Paul Conzelmann, Terry Rabot, and Bobby Reed | |
| USFWS_1491 | USFWS_1577 | USFWS_1491.pdf | 1/15/1997 | Report | Habitat, Movement, and Reproductive Status of Pallid Sturgeon (Scaphirhynchus albus) in the Mississippi and Atchafalaya Rivers | Glenn C. Constant, William E. Kelso, D. Allen Rutherford, and C. Frederick Bryan | |
| USFWS_1578 | USFWS_1631 | USFWS_1578.pdf | 12/1/1997 | Report | Middle Mississippi River Pallid Sturgeon Habitat Use Project | Robert J. Sheehan, Roy C. Heidinger, Keith L. Hurley, Paul S. Wills, and Michael A. Schmidt | |
| USFWS_1632 | USFWS_1651 | USFWS_1632.pdf | 1/1/1998 | Report | Studies on Pallid Sturgeon | Boyd Kynard, Erika Henyey, and Martin Horgan | |
| USFWS_1652 | USFWS_1660 | USFWS_1652.pdf | 1/1/1998 | Article | Sturgeon and Paddlefish Commercial Fishery in North America | Robert M. Todd | |
| USFWS_1661 | USFWS_1676 | USFWS_1661.pdf | 1/1/1998 | Article | Sturgeon and Paddlefish Sportfishing in North America | Thomas D. Mosher | |
| USFWS_1677 | USFWS_1714 | USFWS_1677.pdf | 1/1/1998 | Report | Evaluation of low and high frequency sound for enhancing fish screening facilities to protect outmigrating salmonids | R.P. Mueller, D.A. Neitzel, W.V. Mavros, and T.J. Carlson | |
| USFWS_1715 | USFWS_1801 | USFWS_1715.pdf | 12/1/1998 | Report | Middle Mississippi River Pallid Sturgeon Habitat Use Project | Robert J. Sheehan, Roy C. Heidinger, Keith L. Hurley, Paul S. Wills, and Michael A. Schmidt | |
| USFWS_1802 | USFWS_1808 | USFWS_1802.pdf | 8/2/1999 | Article | Swimming Endurance of Juvenile Pallid Sturgeon, Scaphirhynchus albus | S. Reid Adams, Jan Jeffrey Hoover, and K. Jack Killgore | |
| USFWS_1809 | USFWS_1824 | USFWS_1809.pdf | 1/1/2000 | Article | Genetic Distinction of Pallid, Shovelnose, and Alabama Sturgeon: Emerging Species and the US Endangered Species Act | Donald E. Campton, Anna L. Bass, Frank A. Chapman, and Brian W. Bowen | |
| USFWS_1825 | USFWS_1844 | USFWS_1825.pdf | 1/1/2001 | Article | Habitat Use and Movements of Pallid and Shovelnose Sturgeon in the Yellowstone and Missouri Rivers in Montana and North Dakota | Rovert G. Bramblett and Robert G. White | |
| USFWS_1845 | USFWS_1892 | USFWS_1845.pdf | 6/1/2001 | Report | Pallid and Shovelnose Sturgeon in the Lower Missouri and Middle Mississippi Rivers | Joanne Grady, Jim Milligan, Craig Gemming, David Herzog, Gerald Mestl, Lannie Miller, Don Hernig, Keith Hurley, Paul Wills, and Robert Sheehan | |
| USFWS_1893 | USFWS_1998 | USFWS_1893.pdf | 7/1/2001 | Federal Register Document | Final Determination of Critical Habitat for Wintering Piping Plover | U.S. Fish and Wildlife Service | |
| USFWS_1999 | USFWS_2025 | USFWS_1999.pdf | 1/1/2002 | Article | Pallid and Shovelnose Sturgeon Larvae - Morphological Description and Identification | D.E. Snyder | |
| USFWS_2026 | USFWS_2037 | USFWS_2026.pdf | 1/1/2002 | Article | Ontogenetic Behavior, Migration, and Social Behavior of Pallid Sturgeon, Scaphirhynchus albus, and Shovelnose Sturgeon, S. platorynchus, with Notes on the Adaptive Significance of Body Color | Boyd Kynard, Erika Henyey, and Martin Horgan | |
| USFWS_2038 | USFWS_2077 | USFWS_2038.pdf | 1/10/2002 | Report | Assessment of Behavior and Swimming Ability of Yellowstone River Strugeon for Design of Fish Passage Devices | Rovert G. White and Brent Mefford | |
| USFWS_2078 | USFWS_2123 | USFWS_2078.pdf | 3/14/2002 | Biological Opinion | Biological Opinion on Natchitoches National Fish Hatchery's Collection of Endangered Pallid Sturgeon from Louisiana Waters for Propogation and Research Activities | U.S. Fish and Wildlife Service | |
| USFWS_2124 | USFWS_2237 | USFWS_2124.pdf | 10/1/2002 | Report | Development of Methods to Monitor Pallid Sturgeon (Scaphirhynchus albus) Movement and Habitat Use in the Lower Missouri River | Aaron J. DeLonay and Edward E. Little | |
| USFWS_2238 | USFWS_2250 | USFWS_2238.pdf | 1/1/2003 | Article | Multiple-Attribute Evaluation of Ecosystem Management for the Missouri River System | Tony Prato | |
| USFWS_2251 | USFWS_2258 | USFWS_2251.pdf | 1/1/2003 | Article | Effects of anthropogenic sound on fishes | A.N. Popper | |
| USFWS_2259 | USFWS_2409 | USFWS_2259.pdf | 9/1/2003 | Recovery Plan | Recovery Plan for the Great Lakes Piping Plover (Charadrius melodus) | U.S. Fish and Wildlife Service | |
| USFWS_2410 | USFWS_2707 | USFWS_2410.pdf | 12/16/2003 | Biological Opinion | U.S. Fish and Wildlife Service 2003 Amendment to the 2000 Biological Opinion on the Operation of the Missouri River Main Stem Reservoir System, Operation and Maintenance of the Missouri River Bank Stabilization and Navigation Project, and Operation of the | U.S. Fish and Wildlife Service | |
| USFWS_2708 | USFWS_2747 | USFWS_2708.pdf | 1/1/2004 | Biological Opinion | Programmatic biological opinion addressing effects of the Southeast Region's Section 10(a)(1)(A) permitting on the pallid sturgeon (5-years) | U.S. Fish and Wildlife Service | |
| USFWS_2748 | USFWS_2752 | USFWS_2748.pdf | 1/1/2004 | Biological Opinion | Programmatic biological opinion addressing effects of the Southeast Region's Section 10(a)(1)(A) permitting on the pallid sturgeon (5-years) - Appendices | U.S. Fish and Wildlife Service | |
| USFWS_2753 | USFWS_2762 | USFWS_2753.pdf | 1/1/2004 | Article | Habitat Use by Middle Mississippi River Pallid Sturgeon | Keith L. Hurley, Robert J. Sheehan, Roy C. Heidinger, Paul S. Wills, and Bob Clevenstine | |
| USFWS_2763 | USFWS_2797 | USFWS_2763.pdf | 5/7/2004 | Report | Background Information. Pallid Sturgeon Research Workshop | M.C. Quist | |
| USFWS_2798 | USFWS_3185 | USFWS_2798.pdf | 8/1/2004 | Report | Assessment of the Suitability of the Yellowstone River for Pallid Sturgeon Restoration Efforts, Annual Report for 2004 | M.E. Jaeger, G.R. Jordan, and S. Camp | |
| USFWS_3186 | USFWS_3267 | USFWS_3186.pdf | 1/1/2005 | Report | Effects of Sound on Fish | M.C. Hastings and A.N. Popper | |
| USFWS_3268 | USFWS_3341 | USFWS_3268.pdf | 8/1/2005 | Thesis | Habitat Use, Diet, and Growth of Hatchery-Reared Juvenile Pallid Sturgeon and Indigenous Shovelnose Sturgeon in the Missouri River Above Fort Peck Reservoir | Paul C. Gerrity | |

| Begin Bates | End Bates | File | Date | Type | Title | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|---|
| USFWS_3342 | USFWS_3353 | USFWS_3342.pdf | 11/1/2005 | Report | Paddlefish and Sturgeon Entrainment by Dredges: Swimming Performance as an Indicator of Risk | J.J. Hoover, K. Jack Killgore, D.G. Clarke, H. Smith, A. Turnage, and J. Beard | |
| USFWS_3354 | USFWS_3361 | USFWS_3354.pdf | 1/1/2007 | Article | Larvae Provide First Evidence of Successful Reproduction by Pallid Sturgeon, Scaphirhynchus albus, in the Mississippi River | R.A. Hrabik, D.P. Herzog, D.E. Ostendorf, and M.D. Petersen | |
| USFWS_3362 | USFWS_3369 | USFWS_3362.pdf | 1/1/2007 | Article | Use of Behavioral and Physiological Indicators to Evaluate Scaphirhynchus Sturgeon Spawning Success | A.J. DeLonay, D.M. Papoulias, M.L. Wildhaber, M.L. Annis, J.L. Bryan, S.A. Griffith, S.H. Holan, and D.E. Tillitt | |
| USFWS_3370 | USFWS_3377 | USFWS_3370.pdf | 1/1/2007 | Article | Distribution, Relative Abundance and Movements of Pallid Sturgeon in the Free-Flowing Mississippi River | K.J. Killgore, J.J. Hoover, S.G. George, B.R. Lewis, C.E. Murphy, and W.E. Lancaster | |
| USFWS_3378 | USFWS_3497 | USFWS_3378.pdf | 1/1/2007 | 5-Year Review | Pallid Sturgeon (Scaphirhynchus albus) 5-Year Review Summary and Evaluation | U.S. Fish and Wildlife Service | |
| USFWS_3498 | USFWS_3525 | USFWS_3498.pdf | 1/1/2007 | Article | A Conceptual Life-History Model for Pallid and Shovelnose Sturgeon | M.L. Wildhaber, A.J. DeLonary, D.M. Papoulias, D.L. Galat, R.B. Jacobson, D.G. Simpkins, P.J. Braaten, C.E. Korschgen, and M.J. Mac | |
| USFWS_3526 | USFWS_3531 | USFWS_3526.pdf | 1/1/2007 | Article | Diet of Shovelnose Sturgeon and Pallid Sturgeon in the Free-Flowing Mississippi River | J.J. Hoover, S.G. George, and K.J. Killgore | |
| USFWS_3532 | USFWS_3536 | USFWS_3532.pdf | 1/1/2007 | Article | Diet Composition of Larval and Young-of-Year Shovelnose Sturgeon in the Upper Missouri River | P.J. Braaten, D.B. Fuller, and N.D. McClenning | |
| USFWS_3537 | USFWS_3546 | USFWS_3537.pdf | 1/1/2007 | Article | Use of Laboratory Studies to Develop a Dispersal Model for Missouri River Pallid Sturgeon Early Life Intervals | B. Kynard, E. Parker, D. Pugh, and T. Parker | |
| USFWS_3547 | USFWS_3554 | USFWS_3547.pdf | 1/1/2007 | Article | Gonadal Development and Sex-Specific Demographics of the Shovelnose Sturgeon in the Middle Mississippi River | R.E. Colombo, J.E. Garvey, and P.S. Wills | |
| USFWS_3555 | USFWS_3566 | USFWS_3555.pdf | 3/1/2007 | Article | Food Habits of Juvenile Pallid Sturgeon and Adult Shovelnose Sturgeon in the Missouri River Downstream of Fort Randall Dam, South Dakota | Greg A. Wanner, Dane A. Shuman, and David W. Willis | |
| USFWS_3567 | USFWS_3585 | USFWS_3567.pdf | 1/1/2008 | Article | Drift Dynamics of Larval Pallid Sturgeon and Shovelnose Sturgeon in a Natural Side Channel of the Upper Missouri River, Montana | P.J. Braaten, D. B. Fuller, L.D. Holte, R.D. Lott, W. Viste, T.F. Brandt, and R.G. Legare | |
| USFWS_3586 | USFWS_3589 | USFWS_3586.pdf | 1/1/2008 | Article | Bycatch of the Endangered Pallid Sturgeon (Scaphirhynchus albus) in a Commercial Fishery for Shovelnose Sturgeon (Scaphirhynchus platorynchus) | P.W. Bettoli, M. Casto-Yerty, G.D. Scholten, and E.J. Heist | |
| USFWS_3590 | USFWS_3616 | USFWS_3590.pdf | 4/1/2008 | Report | Summer Movement and Habitat Use of Pallid Sturgeon in the Old River and the Atchafalaya River | Harold L. Schramm and William O. Dunn, III | |
| USFWS_3617 | USFWS_3633 | USFWS_3617.pdf | 8/1/2008 | Thesis | Reproductive Physiology of Shovelnose Sturgeon from the Middle Mississippi River in Relation to Seasonal Variation in Plasma Sex Steriods, Vitellogenin, Calcium, and Oocyte Diameters | Michael T. Stahl | |
| USFWS_3634 | USFWS_3640 | USFWS_3634.pdf | 1/1/2009 | Article | Field Endoscopy for Identifying Gender, Reproductive Stage and Gonadal Anomalies in Free-Ranging Sturgeon (Scaphirhynchus) from the Lower Mississippi River | S.J. Divers, S.S. Boone, J.J. Hoover, K.A. Boysen, K.J. Killgore, C.E. Murphy, S.G. George, and A.C. Camus | |
| USFWS_3641 | USFWS_3646 | USFWS_3641.pdf | 1/1/2009 | Article | Ontogenetic Patterns in Prey Use by Pallid Sturgeon in the Missouri River, South Dakota and Nebraska | K.L. Grohs, R.A. Klumb, S.R. Chipps, and G.A. Wanner | |
| USFWS_3647 | USFWS_3720 | USFWS_3647.pdf | 1/1/2009 | Article | Ecological Requirements for Pallid Sturgeon Reproduction and Recruitment in the Lower Missouri River: A Research Synthesis 2005-08 | A.J. DeLonay, R.B. Jacobson, D.M. Papoulias, D.G. Simpkins, and M.L. Wildhaber | |
| USFWS_3721 | USFWS_3742 | USFWS_3721.pdf | 4/30/2009 | Report | Threat Assessment: Hybridization Between Pallid Sturgeon and Shovelnose Sturgeon in the Mississippi River | Paul Hartfield and Bernard R. Kuhajda | |
| USFWS_3743 | USFWS_4095 | USFWS_3743.pdf | 5/10/2009 | Report | Current Status of the Pallid Sturgeon (Scaphirhynchus albus) in the Middle Mississippi River: Habitat, Movement, and Demographics | James E. Garvey, Edward J. Heist, Ronald C. Brooks, David P. Herzog, Robert A. Hrabik, K. Jack Killgore, Jan Hoover, and Catherine Murphy | |
| USFWS_4096 | USFWS_4157 | USFWS_4096.pdf | 8/14/2009 | Biological Opinion | Biological Opinion on 2008 Operation of the Bonnet Carre Spillway | U.S. Fish and Wildlife Service | Alvin B. Lee - USACE |
| USFWS_4158 | USFWS_4166 | USFWS_4158.pdf | 1/1/2010 | Article | Habitat Use During Early Life History Infers Recovery Needs for Shovelnose Sturgeon and Pallid Sturgeon in the Middle Mississippi River | Quinton E. Phelps, Sara J. Tripp, James E. Garvey, David P. Herzog, David E. Ostendorf, Joseph W. Ridings, Jason W. Crites, and Rovert A. Hrabik | |
| USFWS_4167 | USFWS_4230 | USFWS_4167.pdf | 9/23/2010 | Biological Opinion | Medium Diversion at White Ditch | U.S. Fish and Wildlife Service | |
| USFWS_4231 | USFWS_4294 | USFWS_4231.pdf | 9/23/2010 | Biological Opinion | Small Diversion at Convent/Blind River | U.S. Fish and Wildlife Service | |
| USFWS_4295 | USFWS_4322 | USFWS_4295.pdf | 1/1/2011 | Report | Water-Quality Requirements, Tolerances, and Preferences of Pallid Sturgeon (Scaphirhynchus albus) in the Lower Mississippi River | Dale W. Blevins | |
| USFWS_4323 | USFWS_4332 | USFWS_4323.pdf | 1/1/2012 | Article | Habitat Selection and Movement of Naturally Occurring Pallid Sturgeon in the Mississippi River | Brian Koch, Ronald C. Brooks, Amanda Oliver, David Herzog, James E. Garvey, Robert Hrabik, Robert Colombo, Quinton Phelps, and Timothy Spier | |
| USFWS_4333 | USFWS_4336 | USFWS_4333.pdf | 1/1/2012 | Article | Short Communication A Note of the Fecundity of Pallid Sturgeon | S.G. George, W.T. Slack, and J.J. Hoover | |
| USFWS_4337 | USFWS_4346 | USFWS_4337.pdf | 1/1/2013 | Article | Vulnerability of Larval and Juvenile White Strugeon to Barotrauma: Can They Handle the Pressure? | R.S. Brown, K.V. Cook, B.D. Pflugrath, L.L. Rozeboom, R.C. Johnson, J.G. McLellan, T.J. Linley, Y. Gao, L.J. Baumgartner, F.E. Dowell, E.A. Miller, and T.A. White | |
| USFWS_4347 | USFWS_4362 | USFWS_4347.pdf | 1/1/2013 | Article | Observations on the Identification of Larval and Juvenile Scaphirhynchus spp. in the Lower Mississippi River | Paul Hartfield, Nathan M. Kuntz, and Harold L. Schramm, Jr. | |
| USFWS_4363 | USFWS_4539 | USFWS_4363.pdf | 11/15/2013 | Report | Entrainment Studies of Pallid Sturgeon Associated with Water Diversions in the Lower Mississippi River | U.S. Army Corps of Engineers New Orleans District/ Engineer Research and Development Center Environmental Laboratory | |
| USFWS_4540 | USFWS_4665 | USFWS_4540.pdf | 1/1/2014 | Recovery Plan | Revised Recovery Plan for the Pallid Sturgeon (Scaphirhynchus albus) | U.S. Fish and Wildlife Service | |
| USFWS_4666 | USFWS_4677 | USFWS_4666.pdf | 1/9/2014 | Article | Habitat Use and Selection by Adult Pallid Sturgeon in the Lower Mississippi River | Jason R. Herrala, Patrick T. Kroboth, Nathan M. Kuntz, and Harold L. Schramm Jr. | |
| USFWS_4678 | USFWS_4731 | USFWS_4678.pdf | 8/5/2014 | Biological Opinion | U.S. Army Corps of Engineers Permits for Sand and Gravel Mining in the Lower Mississippi River | U.S. Fish and Wildlife Service | |
| USFWS_4732 | USFWS_4832 | USFWS_4732.pdf | 11/1/2014 | Report | Conservation Plan for the Interior Least Tern, Pallid Sturgeon, and Fat Pocketbook Mussel in the Lower Mississippi River | K. Jack Killgore, Tod Slack, Richard Fischer, Jan Hoover, Audrey Harrison, Paul Hartfield, David Biedenham, and Barb Kleiss | |
| USFWS_4833 | USFWS_4876 | USFWS_4833.pdf | 12/1/2014 | Federal Register Document | Threatened Species Status for the Rufa Red Knot, final listing | U.S. Fish and Wildlife Service | |
| USFWS_4877 | USFWS_4883 | USFWS_4877.pdf | 1/1/2015 | Article | Increasing Capture Effienciency of Pallid Sturgeon, Scaphirhynchus albus (Forbes and Richardson, 1905) and the Reliability of Catch Rate Estimates | R.J. DeVries, D.A. Hann, and H.L. Schramm | |
| USFWS_4884 | USFWS_5187 | USFWS_4884.pdf | 1/1/2015 | Report | Data from the 2011 International Piping Plover Census | E. Elliott-Smith, M. Bidwell, A.E. Holland, and S.M. Haig | |
| USFWS_5188 | USFWS_6870 | USFWS_5188.pdf | 1/1/2016 | Biological Opinion | Framework Biological Opinion of Deepwater Horizon Oil Spill, Final Programmatic Damage Assessment and Restoration Plan and Final Programmatic Evironmental Impact Statement | National Marine Fisheries Service | |
| USFWS_6871 | USFWS_6910 | USFWS_6871.pdf | 1/1/2017 | Biological Assessment | Biological Assessment for the emergency operation of the Bonnet Carre Spillway in 2011 and 2016 | U.S. Army Corps of Engineers | |
| USFWS_6911 | USFWS_7237 | USFWS_6911.pdf | 5/1/2017 | Report | Abundance, Growth, Mortality, and Habitat Use of Pallid Sturgeon and Shovelnose Sturgeon in the Lower Mississippi River | Hal Schramm | |
| USFWS_7238 | USFWS_7240 | USFWS_7238.pdf | 5/25/2017 | | Barataria PVA Scope of Work Pallid Sturgeon | U.S. Army Corps of Engineers New Orleans District/ Engineer Research and Development Center Environmental Laboratory | |
| USFWS_7241 | USFWS_7249 | USFWS_7241.pdf | 1/1/2018 | Article | Estimating Abundance without Recapture of Marked Pallid Sturgeon in the Mississippi River | N.A. Friedenberg | |
| USFWS_7250 | USFWS_7427 | USFWS_7250.pdf | 1/1/2018 | Report | Revisions to: Technical guidance for assessing the effects of anthropogenic sound on marine mammal hearing (Version 2.0): Underwater thresholds for onset of permanent and temporary threshold shifts | National Marine Fisheries Service | |
| USFWS_7428 | USFWS_7593 | USFWS_7428.pdf | 1/1/2018 | Map/Data | USFWS Map/Data for Eastern Black Rail SSA: Current Range of the Eastern Black Rail (2011 to present) | U.S. Fish and Wildlife Service | |
| USFWS_7594 | USFWS_7594 | USFWS_7594.pdf | 6/12/2018 | Email | MBSD ESA/EFH consultation kick off meeting | Billy Plauche | Molly Lawrence et al |
| USFWS_7595 | USFWS_7639 | USFWS_7595.pdf | 6/18/2018 | Biological Opinion | Biological Opinion on Bonnet Carre Spillway 2011 and 2016 Emergency Operations | U.S. Fish and Wildlife Service | |
| USFWS_7640 | USFWS_7641 | USFWS_7640.pdf | 6/20/2018 | Email | ESA/EFH meeting follow-up | Billy Plauche | Molly Lawrence et al |
| USFWS_7642 | USFWS_7644 | USFWS_7642.pdf | 6/21/2018 | Email | RE: ESA/EFH meeting follow-up | Phil Bloch | John Tirpak et al |
| USFWS_7645 | USFWS_7647 | USFWS_7645.pdf | 6/22/2018 | Email | RE: ESA/EFH meeting follow-up | Amy Trahan | Phil Bloch |
| USFWS_7648 | USFWS_7672 | USFWS_7648.pdf | 8/16/2018 | | MBSD BA Annotated 20180816 v1 | Confluence | |
| USFWS_7673 | USFWS_7673 | USFWS_7673.pdf | 8/16/2018 | Email | ESA/EFH working group meeting | Chris Cziesla | MBSD ESA/EFH Working Group |
| USFWS_7674 | USFWS_7674 | USFWS_7674.pdf | 8/22/2018 | Email | MBSD ESA Annotated Outline BA comments | Amy Trahan | Phil Bloch |
| USFWS_7675 | USFWS_7769 | USFWS_7675.pdf | 1/1/2019 | Manual | Construction Noise Impact Assessment | Washington State Department of Transportation | |
| USFWS_7770 | USFWS_7789 | USFWS_7770.pdf | 1/1/2019 | Article | Morphological Identification Overestimates the Number of Pallid Sturgeon in the Lower Mississippi River due to Extensive Introgressive Hybridization | George R. Jordan, Edward J. Heist, Bernard R. Kuhajda, Gregory R. Moyer, Paul Hartfield, and Matthew S. Piteo | |
| USFWS_7790 | USFWS_7790 | USFWS_7790.pdf | 1/7/2019 | email | MBSD ESA/EFH Package 1 comments | Brad LaBorde | Chris Cziesla et al |
| USFWS_7791 | USFWS_7792 | USFWS_7791.pdf | 1/24/2019 | Email | MBSD BA Package 2 Review | Phil Bloch | Chris Cziesla et al |
| USFWS_7793 | USFWS_7883 | USFWS_7793.pdf | 1/24/2019 | Draft BA | MBSD BA Package 2 Sections | Confluence | |
| USFWS_7884 | USFWS_7974 | USFWS_7884.pdf | 2/15/2019 | Draft BA | MBSD BA Package 2 Sections AT comments | Amy Trahan | |
| USFWS_7975 | USFWS_7976 | USFWS_7975.pdf | 6/24/2019 | Email | MBSD draft Biological Assessment Package 3 review | Phil Bloch | Chris Cziesla et al |
| USFWS_7977 | USFWS_8068 | USFWS_7977.pdf | 6/24/2019 | Draft BA | MBSD BA Package 3 Sections | Confluence | |

| Bates Begin | Bates End | Link | Date | Type | Description | Author | Recipient |
|---|---|---|---|---|---|---|---|
| USFWS_8069 | USFWS_8161 | USFWS_8069.pdf | 7/8/2019 | Draft BA | MBSD BA Package 3 Sections FWS edits | Amy Trahan | |
| USFWS_8162 | USFWS_8163 | USFWS_8162.pdf | 7/22/2019 | Meeting Notes | MBSD Pallid Sturgeon PVA Call Notes | Phil Bloch | |
| USFWS_8164 | USFWS_8165 | USFWS_8164.pdf | 7/22/2019 | Email | Re: MBSD Pallid Sturgeon PVA Discussion | Phil Bloch | Amy Groesbeck et al |
| USFWS_8166 | USFWS_8167 | USFWS_8166.pdf | 7/30/2019 | Email | Re:Re: MBSD Pallid Sturgeon PVA Discussion | Phil Bloch | Amy Trahan |
| USFWS_8168 | USFWS_8183 | USFWS_8168.pdf | 11/11/2019 | Report | Computation of Pallid Sturgeon Entrainment and Population-Level Risk | Nicholas Friedenberg and Jack Siegrist | |
| USFWS_8184 | USFWS_8185 | USFWS_8184.pdf | 12/9/2019 | Email | Fw: MBSD Revised RP Section 5.4 and Draft BA/EFH | Phil Bloch | David Walther |
| USFWS_8186 | USFWS_8459 | USFWS_8186.pdf | 12/9/2019 | Draft BA | MBSD BA Review | Confluence | |
| USFWS_8460 | USFWS_8489 | USFWS_8460.pdf | 1/1/2020 | Biological Assessment | Biological Assessment: Bonnet Carre Spillway 2018 Emergency Operation | U.S. Army Corps of Engineers | |
| USFWS_8490 | USFWS_8536 | USFWS_8490.pdf | 1/1/2020 | Biological Opinion | Biological opinion on Bonnet Carre Spillway 2019 Emergency Operation | U.S. Fish and Wildlife Service | |
| USFWS_8537 | USFWS_8577 | USFWS_8537.pdf | 1/1/2020 | Biological Opinion | Biological Opinion on Bonnet Carre Spillway 2018 Emergency Operation | U.S. Fish and Wildlife Service | |
| USFWS_8578 | USFWS_8746 | USFWS_8578.pdf | 3/1/2020 | 5-Year Review | Piping Plover (Charadrius melodus) 5-year review | U.S. Fish and Wildlife Service | |
| USFWS_8747 | USFWS_8790 | USFWS_8747.pdf | 1/1/2021 | Biological Assessment | Biological Assessment: Bonnet Carre Spillway 2020 Emergency Operation | U.S. Army Corps of Engineers | |
| USFWS_8791 | USFWS_9322 | USFWS_8791.pdf | 1/1/2021 | Biological Assessment | Mid Barataria Sediment Diversion: Biological Assessment | Louisiana Trustee Implementation Group prepared by Confluence Environmental Company | |
| USFWS_9323 | USFWS_9323 | USFWS_9323.pdf | 4/15/2021 | Memorandum | Biological Assessment for the Proposed Mid-Barataria Sediment Diversion | Assistant Gulf Resotration Manager: Michael Barron and Benjamin Frater | Field Supervisor, Lafayette Ecological Services Office, Louisiana |
| USFWS_9324 | USFWS_9325 | USFWS_9324.pdf | 4/15/2021 | Letter | Consultation Request (Formal and Informal) for Mid-Barataria Sediment Diversion, Louisiana Restoration Plan 3.2 | Assistant Gulf Resotration Manager: Michael Barron and Benjamin Frater | Brigette Firmin |
| USFWS_9326 | USFWS_9584 | USFWS_9326.pdf | 7/1/2021 | Federal Register Document | Designation of Critical Habitat for Rufa Red Knot (Calidris canutus rufa), proposed rule | U.S. Fish and Wildlife Service | |
| USFWS_9585 | USFWS_9585 | USFWS_9585.pdf | 7/2/2021 | Email | ESA Consultation Request for the Mid-Barataria Sediment Diversion Located in Plauemines Parish, Louisiana | Brad LaBorde | ES Lafayette |
| USFWS_9586 | USFWS_9587 | USFWS_9586.pdf | 8/2/2021 | Letter | Formal Consultation Initiation Request Acknowledgement for the Mid-Barataria Sediment Diversion to the Deepwater Horizon Gulf Restoration Office | Michael Farabee for Martin Meyer | Brigette Firmin |
| USFWS_9588 | USFWS_9589 | USFWS_9588.pdf | 8/2/2021 | Letter | Formal Consultation Initiation Request Acknowledgement for the Mid-Barataria Sediment Diversion to U.S. Army Corps of Engineers | Brigette Firmin | Martin Mayer - USACE |
| USFWS_9590 | USFWS_9591 | USFWS_9590.pdf | 8/2/2021 | Letter | ESA Consultation Request for the Mid-Barataria Sediment Diversion Located in Plauemines Parish, Louisiana MVN-2012-2806-EOO | Brigette Firmin | Benjamin Frater - USFWS - DWH |
| USFWS_9592 | USFWS_9595 | USFWS_9592.pdf | 10/28/2021 | Email | Amendment of initiation of formal to include pCH of red knot | Brad LaBorde | Amy Trahan |
| USFWS_9596 | USFWS_9596 | USFWS_9596.pdf | 10/28/2021 | Letter | Amendment of initiation of formal to include pCH of red knot | Brad LaBorde | Brigette Firmin |
| USFWS_9597 | USFWS_9597 | USFWS_9597.pdf | 11/24/2021 | Email | Draft MBSD Biological Opinion from USFWS | Amy Trahan | Brad LaBorde et al |
| USFWS_9598 | USFWS_9658 | USFWS_9598.pdf | 12/6/2021 | Draft BO | Draft MBSD BO GEC and USACE comments | Brad LaBorde | |
| USFWS_9659 | USFWS_9663 | USFWS_9659.pdf | 12/6/2021 | Email | RE: Draft MBSD Biological Opinion from USFWS | Brad LaBorde | Catherine Breaux et al |
| USFWS_9664 | USFWS_9724 | USFWS_9664.pdf | 12/7/2021 | Draft BO | CPRA comments on draft BiOp | CPRA | |
| USFWS_9725 | USFWS_9785 | USFWS_9725.pdf | 12/8/2021 | Meeting Notes | Draft MBSD BO GEC and USACE call notes | Brad LaBorde | |
| USFWS_9786 | USFWS_9846 | USFWS_9786.pdf | 12/13/2021 | Biological Opinion | Biological Opinion Mid-Barataria Sediment Diversion to USACE | U.S. Fish and Wildlife Service | Stephen Murphy - USACE |
| USFWS_9847 | USFWS_9847 | USFWS_9847.pdf | 12/13/2021 | Email | Mid-Barataria Sediment Diversion USFWS Biological Opinion | Amy Trahan | Michael Barron et al |
| USFWS_9848 | USFWS_9908 | USFWS_9848.pdf | 12/13/2021 | Biological Opinion | Biological Opinion Mid-Barataria Sediment Diversion to Deepwater Horizon Gulf Restoration Office | U.S. Fish and Wildlife Service | Benjamin Frater - USFWS - DWH |
| USFWS_9909 | USFWS_9966 | USFWS_9909.pdf | Undated | Bibliography | The pallid sturgeon draft annotated bibliography through 2003 | U.S. Fish and Wildlife Service | |