UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JURISICH OYSTERS, LLC, et al.,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>    *Defendants.* | Case No. 2:24-cv-00106<br>Judge Susie Morgan<br>Magistrate Judge Donna P. Currault<br><br>**Administrative Record Certification** |

1. I, Brigette D. Firmin, am the Field Supervisor for the Ecological Services Office of the U.S. Fish and Wildlife Service ("Service") located at 200 Dulles Drive, Lafayette, Louisiana, 70506. In my capacity as Field Supervisor, I am responsible to the Director of the FWS and to the Secretary of the Interior for the administration of the Endangered Species Act ("ESA"), including the Service's Biological Opinion for the Mid-Barataria Sediment Diversion (FWS Log #: 04EL1000-2022-F-0601) issued by the Service's Louisiana Ecological Field Office on December 13, 2021, that is challenged in this case. I also supervise staff who have custody or control of the FWS documents that constitute part of the Administrative Record for the challenged Biological Opinion.

2. I am familiar with the documents that are contained in Administrative Records for the challenged Biological Opinion. The Administrative Records contain those documents that were considered, either directly or indirectly, by the relevant agency decision-makers when promulgating the challenged regulations.

3. To the best of my knowledge and belief, and based on information provided to me by my staff, I certify that the material described here in the attached index constitutes a true, correct, and complete copy of the administrative record for the challenged Biological Opinion in this case.

Dated: November 27, 2024

_____
Brigette D. Firmin, Field Supervisor
Ecological Services Office
U.S. Fish and Wildlife Service
Lafayette, Louisiana

BRIGETTE FIRMIN
Digitally signed by BRIGETTE FIRMIN
Date: 2024.11.27 09:25:49 -06'00'