FORM **CD-64**  
(REV.1-00)  
DAO 201-17

U. S. DEPARTMENT OF COMMERCE

Washington, D.C., __November 25__, 20 __24__

*I HEREBY CERTIFY that the annexed is a true copy of* __the National Marine Fisheries Services's__ complete administrative record in the matter of JURISICH OYSTERS, LLC, et al., v. U.S. ARMY CORPS OF ENGINEERS, et al., Case No. 2:24-cv-00106, United States District Court for the Southern District of Louisiana. The Administrative Record contains those documents that were considered, directly or indirectly, by the decisionmaker when issuing the December 13, 2021 Biological Opinion on the Mid-Barataria Sediment Diversion Project, Consultation Number SERO-2021-00433

*on file in the* __Southeast Regional Office, National Marine Fisheries Services__

*[Signature]*  
BERNHART.DAVID.M.1066125889  
2024.11.25 11:31:29 -05'00'

Assistant Regional Administrator

(Official title)

*I HEREBY CERTIFY that* __David M. Bernhart__ *who signed the foregoing certificate, is now, and was at the time of signing,* __acting custodian of the administrative record referenced above__ *and that full faith and credit should be given his/her certificate as such.*

*IN WITNESS WHEREOF, I have hereunto subscribed my name, and caused the seal of the Department of Commerce to be affixed this* __25th__ *day of* __November__, *two thousand* __twenty four__

*For the SECRETARY OF COMMERCE:*



STRELCHECK.ANDREW.JAMES.1365863152  
Digitally signed by STRELCHECK.ANDREW.JAMES.1365863152  
Date: 2024.11.25 14:22:44 -05'00'

Certifying Officer