IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JURISICH OYSTERS, LLC, *et al.*,

    *Plaintiffs*,

  v.

U.S. ARMY CORPS OF ENGINEERS, *et al.*,

    *Defendants*,

  and

ENVIRONMENTAL DEFENSE FUND, *et al.*,

    *Defendant-Intervenors*.

Case No. 2:24-cv-00106
Judge Susie Morgan
Magistrate Judge Donna P. Currault

**ORDER**

Having considered the Joint Motion to Stay Case;

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER OREDERED** that the deadlines set by the Court's December 2, 2024 Order, ECF No. 36, are **VACATED**.

**IT IS FURTHER ORDERED** that:

• The Parties meet and confer by April 30, 2025, to discuss a schedule for further proceedings in this case; and

• The Parties file a joint motion to propose a schedule for further proceedings on or before May 7, 2025.

**New Orleans, Louisiana, this 5th day of March, 2025.**

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**