# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JURISICH OYSTERS, LLC, ET AL.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-106** |
| **U.S. ARMY CORPS OF ENGINEERS, ET AL.,**  Defendants | **SECTION: "E" (2)** |

## ORDER

Having reviewed the Parties' July 28, 2025 Joint Status Report;[1]

**IT IS ORDERED** that the case is stayed for an additional 60 days. The Parties shall file a Joint Status Report on **September 27, 2025**.

**New Orleans, Louisiana, this 29th day of July, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 48.