**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JURISICH OYSTERS, LLC, *et. al.,* | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Case No. 2:24-cv-00106 |
| | ) Judge Susie Morgan |
| U.S. ARMY CORPS OF ENGINEERS, *et al.*, | ) Magistrate Judge Donna P. Currault |
| | ) |
| *Defendants,* | ) |
| and | ) |
| | ) |
| ENVIRONMENTAL DEFENSE FUND*, et. al*, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |

**<ins>JOINT STATUS REPORT</ins>**

Pursuant to this Court's January 29, 2026 Order, Dkt. No. 53, the Parties respectfully submit this joint status report requesting that the Court continue the present stay until May 26, 2026.

As explained in the Parties' previous joint filings, this case involves challenges to federal actions concerning the Mid-Barataria Sediment Diversion Project (the "MBSD Project"). *See* Dkt. Nos. 46, 48, 50, 52.  On April 25, 2025, the U.S. Army Corps of Engineers (the "Corps") suspended the section 404 Clean Water Act and section 10 Rivers and Harbors Act permit that the Corps had issued to the Louisiana Coastal Protection and Restoration Authority ("CPRA") in December 2022 for the MBSD Project. The State of Louisiana, through its Coastal Protection and Restoration Authority ("CPRA") determined that the project is no longer viable and should be terminated. *See* Press Release, CPRA, State, Louisiana Trustee Implementation Group Announce Termination of Mid-Barataria Sediment Diversion Funding (July 17, 2025), *available at* https://coastal.la.gov/news/state-louisiana-trustee-implementation-group-announce-

termination-of-mid-barataria-sediment-diversion/ (last visited July 28, 2025). Based on that determination, CPRA has reached an agreement with the Louisiana Trustee Implementation Group to terminate the MBSD Project. *See* ECF No. 48-1.

The parties are conferring about a resolution of this case in recognition that the MBSD Project will not proceed. A further stay until May 26 will provide the parties with needed time to continue that conferral. The Parties will provide the Court with a further update on or before that date.

Respectfully submitted this 27th day of March, 2026.

/s/ *Elizabeth L. Lewis*
Elizabeth L. Lewis
Eubanks & Associates, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 618-1007
lizzie@eubankslegal.com

/s/ *William S. Eubanks II*
William S. Eubanks II
Eubanks & Associates, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(970) 703-6060
bill@eubankslegal.com

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

s/ *Amanda K. Rudat*
ANGELA N. ELLIS
AMANDA K. RUDAT
Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611
202-305-0479 (Ellis)
202-532-3201 (Rudat)

2

angela.ellis@usdoj.gov
amanda.rudat@usdoj.gov

*Counsel for Federal Defendants*

s/ E. Blair Schilling
E. Blair Schilling (LA Bar No. 35308)
H.S. Bartlett III (LA Bar No. 26795)
Molly L. Wells (LA Bar No. 36721)
Isabel A. Englehart (LA Bar No. 40354)
**FISHMAN HAYGOOD, LLP**
201 St. Charles Avenue, Suite 4600 New
Orleans, LA 70170 Telephone:
504.556.5549 Facsimile: 504.949.8202
bschilling@fishmanhaygood.com
tbartlett@fishmanhaygood.com
mwells@fishmanhaygood.com
ienglehart@fishmanhaygood.com

*Counsel for Intervenor-Defendants
Environmental Defense Fund, Louisiana
Wildlife Federation, Orleans Audubon
Society, and Cajun Fishing Adventures, Inc*

3