## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**JURISICH OYSTERS, LLC, ET AL.,**       **CIVIL ACTION**
    **Plaintiffs**

**VERSUS**      **NO.  24-106**

**U.S. ARMY CORPS OF ENGINEERS, ET AL.,**      **SECTION: "E" (2)**
    **Defendants**

### ORDER

Having reviewed the Parties' March 27, 2026 Joint Status Report;[1]

**IT IS ORDERED** that the case is stayed until **May 26, 2026**. The Parties shall file a Joint Status Report on or before that date.

**New Orleans, Louisiana, this 30th day of March, 2026.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 54.