UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JURISICH OYSTERS, LLC, ET AL.,<br>     Plaintiffs | CIVIL ACTION |
| VERSUS | NO.  24-106 |
| U.S. ARMY CORPS OF ENGINEERS, ET AL.,<br>     Defendants | SECTION: "E" (2) |

## ORDER

On July 13, 2026, Plaintiffs and Defendants filed a joint motion to dismiss this action without prejudice.[1] Intervenors indicated they do not consent to some of the current language in the joint motion. Accordingly,

**IT IS ORDERED** that Intervenors may file an opposition to the joint motion to dismiss on or before **July 30, 2026**.

**IT IS FURTHER ORDERED** that Plaintiffs and Defendants may file a reply to Intervenors' opposition on or before **August 6, 2026**.

**IT IS FURTHER ORDERED** that the deadlines for Plaintiffs to file, and Defendants to oppose, a motion for attorneys' fees are **VACATED**.[2]

**New Orleans, Louisiana, this 16th day of July, 2026.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 61.
[2] R. Doc. 60.